CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

NOV 18 2011

BY: /s/ Fay Collmer
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PATRICIA S. EWALD,<br><br>                             *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                             *Defendant.* | CIVIL NO. 6:10–cv–00047<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff's Objections (docket no. 20) are OVERRULED; the magistrate judge's Report (docket no. 19) is ADOPTED *in toto*; the Commissioner's Motion for Summary Judgment (docket no. 17) is GRANTED; Plaintiff's Motion for Summary Judgment (docket no. 15) is DENIED; and this action is DISMISSED and STRICKEN from the active docket of the Court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and the United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

Entered this 18th day of November, 2011.

                                                                                              /s/ Norman K. Moon
                                                                                              NORMAN K. MOON
                                                                                              UNITED STATES DISTRICT JUDGE